UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD BOUNDS, | ) | No. CV 11-9043-JSL(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL MARTEL (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 11/10/11

J. SPENCER LETTS
United States District Judge